**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Javier Valero-Trejo,<br><br>　　　　Defendant. | No. CR-21-02956-001-TUC-RM (BGM)<br><br>**ORDER** |

　　　　On March 9, 2022, the Court sentenced Defendant to a term of imprisonment of ten months and one day with credit for time served (Docs. 27, 28, 29) following his guilty plea to the charge of Reentry of Removed Alien pursuant to 8 U.S.C. § 1326(b)(1) (Doc. 18). Now pending before the Court is Defendant's pro se Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release). (Doc. 30.)

　　　　On August 23, 2022, following an extension of time, the Government responded to the Motion. (Doc. 33.) The Government's Response indicates that the Motion is moot because Defendant is scheduled to be released from Bureau of Prisons ("BOP") custody on August 31, 2022. (*Id.*) The Government avers that it contacted Defendant's former criminal defense attorney in this matter, Raymond Panzarella, who stated that he would not represent Defendant on the Motion for Sentence Reduction. (*Id.*) The Government further avers that it reached out to the FPD liaison assigned to reviewing Motions for

Sentence Reduction but did not receive a response. (*Id.*) The Government further avers that the BOP apprised its counsel that Defendant would be released on August 31, 2022, and thus the Motion is moot. (*Id.*) The BOP's inmate locator indicates Defendant was released on August 31, 2022.[1] Accordingly, the Court will deny Defendant's Motion as moot.

**IT IS ORDERED** that Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) (Doc. 30) is **denied as moot**.

Dated this 2nd day of September, 2022.

_____
Honorable Rosemary Márquez
United States District Judge

---

[1] See https://www.bop.gov/inmateloc/